**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK D. DORSEY | ) | BANKRUPTCY NO. 06-40464-REG |
| MIKE P. DORSEY | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| Claim No. 7 | Capital Recovery One | $3.80 |
| Claim No. 13 | Charming Shoppes-Catherines | $2.79 |

Dated: March 1, 2010                                   Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward Chosnek
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 708
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lafayette, Indiana  47902
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (765) 742-9081
　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of March, 2010, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Sandra Dukes
3. Capital Recovery One, 25 SE 2nd Ave., Ste 1120, Miami FL 33131
4. Charming Shoppes-Catherines, c/o First Express, P.O. Box 85044, Louisville KY 40285

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward Chosnek